

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 23, 2022 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-130, Petition for Alien Relative | A034559046 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0918721060 | December 19, 2022 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| December 19, 2022 | 201 B INA SPOUSE OF USC | April 06, 1971 |

LARISA SHIRYAEVA
807 TAPPINGO DR APT 204
NAPERVILLE, IL 60540

3    00000600

**PAYMENT INFORMATION:**

Application/Petition Fee: $535.00
Total Amount Received: $535.00
Total Balance Due: $0.00

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| TAVAKKIULEV, TAVAKKIUL | 9/24/1989 | RUSSIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**
Potomac Service Center
U.S. Citizenship and Immigration Services
2200 Potomac Center Drive Stop 2425
Arlington, VA 20598-2425

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

### Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

B

----- Forwarded Message -----
**From:** "uscis-casestatus@dhs.gov" <uscis-casestatus@dhs.gov>
**To:** "matijilaw@yahoo.com" <matijilaw@yahoo.com>
**Sent:** Tuesday, November 12, 2024 at 02:53:54 PM PST
**Subject:** USCIS Service Request Confirmation

Date: November 12, 2024
Email Address: matijilaw@yahoo.com
Form Type: I130
Receipt Number: IOE0918721060

Dear larisa shiryaeva,

Thank you for your inquiry, submitted on November 12, 2024 regarding your I130 & I130 - U.S. citizen filing for a spouse, parent, or child under 21, notifying us that your case may be outside normal processing times. We have received your request and assigned it an Inquiry ID (SR13172404710TSC) that we will use for referencing any subsequent messages. USCIS may require at least 60 days to process your request.

USCIS makes every effort to process cases within the projected timeframes listed on the Case Processing Times webpage. If you have not already created a USCIS online account, we encourage you to ,so that you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account can be found on my.uscis.gov.

Thanks once again for contacting USCIS.

Please do not reply directly to this message. This email account is used by USCIS only to send messages notifying applicants and petitioners that we have received their inquiry.

----------------

We offer many online services and tools to help you find the information you need, including:

Checking your current case status

Asking about your case

Scheduling an appointment

Asking our virtual assistant, Emma

Address Changes: If you move, please visit our website for information on how to update your address.

We encourage you to use the online self-service tools within your USCIS online account. You can track the status of your case, update your address, reschedule a biometrics appointment, and for many account holders respond to Requests for Evidence and more using an online account.

If you try our online tools including the technical Help Form and require additional support, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired), for assistance.

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

C

**CONGRESSMAN
BILL FOSTER**
ELEVENTH CONGRESSIONAL DISTRICT, ILLINOIS

HOUSE FINANCIAL SERVICES COMMITTEE
SUBCOMMITTEE ON
CAPITAL MARKETS, INSURANCE, AND
GOVERNMENT SPONSORED ENTERPRISES
SUBCOMMITTEE ON
MONETARY POLICY AND TRADE

HOUSE COMMITTEE ON SCIENCE,
SPACE AND TECHNOLOGY
SUBCOMMITTEE ON OVERSIGHT
SUBCOMMITTEE ON THE ENVIRONMENT



# Congress of the United States
## House of Representatives
## Washington, DC 20515

2366 RAYBURN BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-3515
FAX: (202) 225-9420

AURORA OFFICE:
2000 W. Galena Blvd., Suite 303
AURORA, IL 60506
PHONE: (630) 585-7672

March 28, 2024

Larisa Shiryaeva
1294 Tennyson Lane
Naperville, IL 60540

Dear Larisa,

Thank you for contacting Congressman Foster regarding your pending I-130 petition. In order for our office to contact USCIS on your behalf, they will require a Privacy Release form. Therefore, please complete and sign the enclosed form, and email it back to me **as an attachment** at wendy.salberg@mail.house.gov. (Electronic signatures are not permitted.)

Once I have the completed Privacy Release form, I can submit an inquiry to USCIS regarding the status of your case.

I noticed the address on your I-130 Receipt Notice is different than the address in you provided in your letter. When you return the completed form, please also let me know if you have notified USCIS of your address change. If you have any questions, you can reach me by email, or by phone at; 630-585-7672.

Sincerely,

*[signature]*

Wendy Salberg, Senior Constituent Advocate
Office of U.S. Representative Bill Foster